**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6610**

_____

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

         v.

WILLIE BARRETT,

                 Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
Senior District Judge.  (4:04-cr-00087-H-3)

_____

Submitted:  June 17, 2010          Decided:  June 28, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Barrett, Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Barrett appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Barrett, No. 4:04-cr-00087-H-3 (E.D.N.C. Apr. 12, 2010); see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We deny Barrett's motion to appoint counsel and his motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED